UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:00CR96 CDP |
| FREDERICK SPENCER, | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

Frederick Spencer, who was acquitted at trial of this case, has filed a motion for return of property. The government has now indicated that it does not have any property of Mr. Spencer's. His motion indicates that some of the material may be in the hands of state and local investigators, but this Court has no jurisdiction over those agencies. Accordingly,

**IT IS HEREBY ORDERED** that Frederick Spencer's motion for return of property [#52] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of February, 2006.